608

Submitted November 9, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 592

Commonwealth v. Jackson, Appellant.

Submitted June 28, 1976. Daniel-Paul Alva, and LaCheen, Doner, Lacheen & Gross, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 592

Commonwealth v. Jackson, Appellant.

Submitted June 13, 1977. Richard N. Beltzner, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

379 A.2d 593

Commonwealth v. Johnson, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 593

Commonwealth v. Johnson, Appellant.

Submitted March 24, 1977. Taylor P. Andrews, Public Defender, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.